No. 90–5215.  O'MEARA v. UNITED STATES; and
No. 90–5468.  KOST v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 895 F. 2d 1216.

No. 90–5234.  SMITH v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 90–5249.  DUNN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 90–5257.  BARON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5292.  POZZY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–5293.  GREEN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–5322.  SHERMAN v. BURKE CONTRACTING, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5327.  LANCASTER, AKA MCGEE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 90–5332.  MANGO v. RUSSELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 90–5399.  JOHNSON v. NEAL.  C. A. 7th Cir.  Certiorari denied.

No. 90–5421.  GRANDISON v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–5442.  KRAUSE v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (WHITELY, WARDEN, REAL PARTY IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 90–5452.  RAY v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 90–5457.  HILL v. BOWMAN, STATE TREASURER OF MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.